THE STATE OF NEVADA, APPELLANT, *v.* DAVID W. FELLOWS, RESPONDENT.

APPEAL FROM ORDER SUSTAINING DEMURRER TO INDICTMENT—RECORD, HOW MADE. The statute provides for an appeal from an order sustaining a demurrer to an indictment, but makes no provision for a record in such case (Stats. 1861, 485, Sec. 469): *Held,* that such record should be by bill of exceptions and that in the absence of such bill the appeal should be dismissed.

APPEAL from the District Court of the Fifth Judicial District, Nye County.

The indictment alleged that defendant was on or about January 20, 1873, lawfully confined in Nye County jail upon a charge of having committed a felony; that afterwards, to wit: on or about the 22d day of January, 1873, being lawfully confined as aforesaid, he did then and there feloniously, wilfully and without authority of law break out of and escape from said Nye County jail, etc.

Defendant demurred on the ground that the indictment did not state facts sufficient to constitute a public offense. The demurrer was sustained and the State appealed.

*Frank Owen*, District Attorney, for Appellant.

*Bowman & Clayton*, for Respondent.

By the Court, WHITMAN, C. J.:

This appeal is from an order sustaining a demurrer to an indictment. The statute expressly authorizes this appeal, but makes no provision for a record in such case. Stats. 1861, 485, Sec. 469. Following the analogies of the statute, the most favorable view to appellant would be to allow the appeal on bill of exceptions. There is none here; so the appeal is dismissed.